AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-CV-00800 |
| ILLUMINA INC. et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF - FEDERAL TRADE COMMISSION .

Date:    04/26/2021

s/ Dylan Naegele
*Attorney's signature*

Dylan Naegele - DC Bar No. 1670918
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

*Address*

dnaegele@ftc.gov
*E-mail address*

(202) 326-2433
*Telephone number*

*FAX number*