## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April 2021, I filed the foregoing with the Clerk of the Court via the CM/ECF system, which will automatically send electronic mail notifications of such filing to the CM/ECF registered participants as identified on the Notice of Electronic Filing.

    /s/ *Dylan Naegele*
Dylan Naegele, Esq.

*Attorney for Plaintiff*
*Federal Trade Commission*