UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., and GRAIL, INC.,<br><br>Defendants. | Case No.: 21-CV-800-CAB-BGS<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO DISMISS** |
|---|---|

It is hereby **ORDERED** that Defendants shall respond to Plaintiff's ex parte motion to dismiss [Doc. No. 120] by **May 26, 2021**.  The Court will hold a hearing on the motion in Courtroom 15A on **May 28, 2021** at **3:00 p.m.**  Plaintiff's request to stay case management deadlines pending resolution of its motion to dismiss is **DENIED**.

It is **SO ORDERED**.

Dated:  May 22, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge