

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission | Civil Action No. 21-cv-00800-CAB-BGS |
| Plaintiff, | |
| V. | |
| Illumina Inc.; GRAIL, INC. | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Motion Hearing held on 5/28/2021 re 120 Ex Parte MOTION to Dismiss the Complaint without prejudice filed by Federal Trade Commission. Hearing argument and for reasons stated on the record, the Court grants the motion to dismiss.  Case closed.

Date:    6/1/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Hazard

A. Hazard, Deputy